**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**
BY:   MARK P. MERLINI, ESQUIRE
        MICHAEL J. JOYCE, ESQUIRE
IDENTIFICATION NOS. 201208/328837
ONE PENN CENTER
1617 JOHN F. KENNEDY BLVD., SUITE 1010
PHILADELPHIA, PA  19103
(215) 564-6688
Our File No.:  2134.118256

ATTORNEY FOR DEFENDANT,
HANGER PROSTHETICS &
ORTHOTICS, INC. AND HANGER, INC.

| | |
|---|---|
| **LAUREN DRAPER AND TIMOTHY DRAPER, H/W,**<br><br>Plaintiff,<br><br>v.<br><br>**HANGER PROSTHETICS & ORTHOTICS, INC., HANGER, INC., TRUELIFE A/K/A TRUELIFE MICHIGAN, BULLDOG, INC. AND JOHN DOES DEFENDANTS 1-5**<br>Defendants. | COURT OF COMMON PLEAS PHILADELPHIA COUNTY<br><br>MAY TERM, 2026<br>NO. 00125<br><br>JURY TRIAL DEMANDED<br>(12 JURORS) |

## NOTICE OF FILING NOTICE OF REMOVAL
## TO THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

TO:    Maria K. McGinty-Ferris, Esq.
        Tanner J. Bowers, Esq.
        Swartz, Culleton
        547 E. Washington Avenue
        Newtown, PA 18940
        MMcginity-ferris@swartzcullenton.com

**PLEASE TAKE NOTICE** that Defendants, Hanger Prosthetics & Orthotics, Inc. and

Hanger, Inc., in the matter of Lauren Draper and Timothy Draper v. Hanger Prosthetics &

Orthotics, Inc., Hanger, Inc., Truelife a/k/a Truelife Michigan, Bulldog, Inc. and John Does

Defendants 1-5,  originally pending in the Court of Common Pleas, in the County of Philadelphia,

Pennsylvania, May Term 2026, Docket No. 000125, files in the United States District Court for the

{PH796315.1}

Eastern District of Pennsylvania, its Notice of Removal of said case to the Eastern District of

Pennsylvania.

A copy of the Notice of Removal is attached hereto and served herewith.

**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**

/s/  Mark P. Merlini

By: _____

Mark P. Merlini, Esquire
Attorney I.D. No.: 201208
One Penn Center
1617 JFK Boulevard, Suite 1010
Philadelphia, Pa. 19103
215-564-6688
***Attorney for Defendants, Hanger Prosthetics
Orthotics, Inc. and Hanger, Inc***

{PH796315.1}
4936-2174-8147, v. 1

**IN THE UNITED STATED DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LAUREN DRAPER AND TIMOTHY DRAPER, H/W,**<br><br>Plaintiff,<br><br>v.<br><br>**HANGER PROSTHETICS & ORTHOTICS, INC., HANGER, INC., TRUELIFE A/K/A TRUELIFE MICHIGAN, BULLDOG, INC. AND JOHN DOES  DEFENDANTS 1-5**<br>Defendants. | REMOVED FROM<br>COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br>CIVIL ACTION NO. 260500125<br><br><br>CASE NO. 26-CV-4072 |

**NOTICE OF REMOVAL**

AND NOW, Defendants, Hanger Prosthetics & Orthotics, Inc. and Hanger, Inc., by and through undersigned counsel, hereby removes the civil action captioned as <u>Lauren Draper and Timothy Draper v. Hanger Prosthetics & Orthotics, Inc., Hanger, Inc., Truelife a/k/a Truelife Michigan, Bulldog, Inc. and John Does Defendants 1-5</u>,  originally pending in the Court of Common Pleas, in the County of Philadelphia, Pennsylvania, May Term 2026, Docket No. 000125, to the United States District Court for the Eastern District of Pennsylvania and provides notice of same to counsel representing Plaintiffs.

In support of the removal, Defendants Hanger Prosthetics & Orthotics, Inc. and Hanger, Inc. (hereinafter "Removing Defendants") aver as follows:

1.     Plaintiffs Lauren Draper and Timothy Draper, h/w (hereinafter "Plaintiffs"), initially filed this action in Philadelphia County Court of Common Pleas by filing a Complaint against Removing Defendants on or about May 1, 2026 asserting claims against Removing Defendants.  A copy of the initial Complaint is attached hereto as Exhibit "A".

2. Plaintiffs filed this action in the major jury program, seeking damages in excess of $50,000, exclusive of interest and costs.

3. The Complaint was served upon Defendant Hanger Prosthetics & Orthotics, Inc. through personal service, via hand-delivery, on May 14, 2026. See Affidavit of Service, attached hereto as Exhibit "B".

4. The Complaint was served upon Defendant Hanger, Inc. through personal service, via hand-delivery, on May 14, 2026. See Affidavit of Service, attached hereto as Exhibit "C".

5. This Notice of Removal is being filed within thirty (30) days after receipt by the Removing Defendants of the initial pleading setting forth the claim for relief upon which this action is based in accordance with 28 U.S.C. §1446(b).

6. Plaintiff Lauren Draper and timothy Draper, (husband and wife), are adult individuals, citizens of Commonwealth of Pennsylvania, who reside at 702 Country Club Trail, Fairfield, PA 17320. See Plaintiff's Complaint, attached as Exhibit "A".

7. Hanger Prosthetics & Orthotics, Inc. is a Delaware corporation with a principal place of business located in Austin, Texas.

8. Hanger, Inc. is a holding company incorporated in Delaware with its principal place of business in Austin, Texas.

9. Plaintiff, Lauren Draper, alleges that all defendants generally designed and/or manufactured a defective prosthetic limb (leg) that detached itself causing Plaintiff to fall, which resulted in "severe and permanent" injuries. See Exhibit "A", Id. at 11.

10. As prescribed by 28 U.S.C §1446(b)(1):

The notice of removal of a civil action or proceeding shall be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

11.     28 U.S.C §1446(c)(2) provides:

If removal of a civil action is sought on the basis of the jurisdiction conferred by section 1332(a), the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy.

12.     Diversity of citizenship exists between Plaintiffs, citizens and residents of the Commonwealth of Pennsylvania, and Removing Defendants, corporations incorporated  in the State of Delaware with their principal place of business in Texas.

13.     According to the Complaint, Defendant, Trulife, Inc. a/k/a Trulife – Michigan, Inc., is a corporation organized under Delaware law with a principal place of business located in Jackson, Michigan.  See Exhibit "A" at ¶ 4.

14.     According to the Complaint, Defendant, Bulldog Tools, Inc., is a corporation organized under Ohio law with a principal place of business located in Lewisburg, Ohio.  See Exhibit "A" at ¶ 5.

15.     Plaintiff has included fictitious defendants, but the Complaint does not provide any identifying information or otherwise indicate what involvement those alleged fictitious defendants may have had in the conduct at issue.  See Exhibit "A" at ¶ 6.

16.     Defendants are entitled to removal pursuant to 28 U.S.C §1446.

17.     Defendants have obtained consent of all other defendants, who have been served, to removal.

18.     Removing Defendants have contemporaneously with the filing of this Notice of Removal given written notice to Plaintiffs' counsel as indicated in the attached Certificate of Service.

19.     Removing Defendants have therefore complied with all requirements for removal under Title 28, United States Code.

**WHEREFORE**, Defendants, respectfully requests that this action, currently docketed in the Court of Common Pleas of Philadelphia County be removed to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**

/s/  Mark P. Merlini

By: _____

Mark P. Merlini, Esquire (ID 20108)
Michael J. Joyce, Esquire (ID 328837)
Attorney I.D. No.: 201208
1617 JFK Boulevard, Suite 1010
Philadelphia, Pa. 19103
215-564-6688
***Attorney for Defendants, Hanger Prosthetics
& Orthotics, Inc. and Hanger , Inc.***

Date:  June 12, 2026

**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**
**BY:   MARK P. MERLINI, ESQUIRE**
      **MICHAEL J. JOYCE, ESQUIRE**
**IDENTIFICATION NOS. 201208/328837**
**ONE PENN CENTER**
**1617 JOHN F. KENNEDY BLVD., SUITE 1010**
**PHILADELPHIA, PA  19103**
**(215) 564-6688**
Our File No.:  2134.118256

**ATTORNEY FOR DEFENDANT,**
**HANGER PROSTHETICS &**
**ORTHOTICS, INC. AND HANGER, INC.**

| | |
|---|---|
| **LAUREN DRAPER AND TIMOTHY DRAPER, H/W,**<br><br>                      Plaintiff,<br><br>    v.<br><br>**HANGER PROSTHETICS & ORTHOTICS, INC., HANGER, INC., TRUELIFE A/K/A TRUELIFE MICHIGAN, BULLDOG, INC. AND JOHN DOES DEFENDANTS 1-5**<br>                   Defendants. | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>MAY TERM, 2026<br>NO. 00125<br><br>JURY TRIAL DEMANDED<br>(12 JURORS) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Philadelphia County Court of Common Pleas ECF system, which will send notification of such filing to all counsel of record.  This document was filed electronically and is available for viewing and downloading from the ECF system.

                                   */s/ Veronica Love-Hobson*
                                   Veronica Love-Hobson

Date:  June 12, 2026